# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2308
_____

PHILLIP DEQUAZE HENRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 26, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized
motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Lori Willner, Assistant Public

Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Steven Woods, Assistant Attorney General, Tallahassee, for Appellee.